## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRELL G. BLESSING,**

        **Plaintiff,**          **Cause No.:**    **3:22-CV-21**

**vs.**          **DEFENDANTS DEMAND TRIAL BY JURY.**

**MICHAEL A. RICHARDSON,**      Madison County Circuit Court
**and**      Case No. 2021L 001281
**1ST ELITE TRUCKING, INC.**

        **Defendants.**

## NOTICE OF REMOVAL

COME NOW Defendants Michael Richardson and 1st Elite Trucking, Inc., by and through the undersigned counsel, pursuant to 28 U.S.C. § 1446(b), and hereby files this Notice of Removal of the above-captioned case to the United States District Court for the Southern District of Illinois from the Circuit Court of Madison County, Illinois, and for grounds of this Notice of Removal, states:

## BACKGROUND

1. This Notice of Removal is based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.

2. On October 25, 2021, Plaintiff filed a Petition in the Circuit Court of Madison County, Illinois, styled *Darrell Blessing v. Michael A. Richardson and 1st Elite Trucking, Inc.*, Case. No. 2021L001281. A copy of the Petition is attached hereto as Exhibit "A." Copies of all other documents filed in the state court are attached hereto as Exhibit "B."

3. This Notice of Removal is being filed within thirty days of the date of service and is therefore timely under 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL

4.      Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over the claims asserted by Plaintiff because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship.

5.      Upon information and belief, Plaintiff is an individual citizen of Missouri who resides in Missouri.

6.      Defendant Richardson is an individual citizen of Florida who resides in Florida.

7.      At times relevant hereto, Defendant 1st Elite is a Florida corporation.

8.      Therefore, diversity of citizenship between Plaintiff and Defendant is satisfied under 28 U.S.C. § 1332.

9.      The United States District Court for the Southern District of Illinois is the federal judicial district encompassing the Circuit Court of Madison County, Illinois, where the lawsuit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

10.     As to the amount in controversy, Plaintiff's Petition states that Plaintiff seeks in excess of $50,000.00 against each Defendant. Plaintiff claims he injured his head, neck and back. Plaintiff seeks recovery of past and future medical expenses as well as past and future lost income. Based on the Petition along with documents and information gathered to-date, the amount in controversy exceeds $75,000.00.

11.     For the foregoing reasons, this Court has original jurisdiction over the case under 28 U.S.C. § 1332, and it is properly removable to this Court pursuant to 28 U.S.C. § 1441.

12.     Defendants will promptly provide written notice of the removal of this action to Plaintiff and the Circuit Court of Madison County, Illinois by filing a Notice of Filing of Removal,

together with a copy of the Notice of Removal, and by serving the same on Plaintiff's counsel as provided in 28 U.S. 1446(d).

13. In filing this Notice of Removal, Defendants does not waive any defenses that may be available to them.

WHEREFORE, Defendant Defendants Michael Richardson and 1st Elite Trucking, Inc. respectfully remove the Action to the United States District Court for the Southern District of Illinois.

*DEFENDANT DEMANDS TRIAL BY JURY.*

                     **McCAUSLAND BARRETT & BARTALOS P.C.**

                     */s/ Clinton S. Turley*
                     Clinton S. Turley    IL#6337390
                     225 South Meramec Avenue, Suite 325
                     Clayton, MO 63105
                     314-548-0300/FAX 314-639-9300
                     cturley@mbblawfirmkc.com
                     COUNSEL FOR DEFENDANTS

I hereby certify that a copy of the above
and foregoing was electronically delivered
by the Court on this 6th day of January, 2022 to:

Daniel J. Grimm  #6289627
Cook, Barkett, Ponder & Wolz, L.C.
1610 N. Kingshighway, Suite 201
P.O. Box 1180
Cape Girardeau, MO 63702-1180
(573) 335-6651
F: (573) 335-6182
dgrimm@cbpw-law.com
COUNSEL FOR PLAINTIFF

*/s/ Clinton S. Turley*
Clinton S. Turley
For the Firm